IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN 20 2010

JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

UNITED STATES OF AMERICA

vs.

APRIL SHANNON HUTSON
a/k/a APRIL SHANNON CROSS
a/k/a APRIL SHANNON PARKS
a/k/a APRIL SHANNON ROARK
PHYLLIS ANN AMOS
DANIEL ANTHONY COSBY
ROBY KEVIN ROARK
MATTHEW LEE COX
JOHNATHAN TRENTON LEONARD
NATHAN CHARLIE STILTNER
BRANDI LYNNAY TUELL
JOSHUA LEE SNYPES
ROBERT ALLEN PARKS
KARI NICOLE PARKS
MICHAEL DALE TESTER
MICHAEL ANTHONY TAYLOR
MATTHEW ALLEN BRANCH
LLOYD EARL LEONARD
a/k/a "Corky"
BOBBY L. WHITE
JEFFREY JAMES HOWELL
RYAN C. HILTON
RANDALL WILLIAM CROSS
RHONDA KAYE HUTSON
JOHN RAYMOND STILTNER, Jr.
a/k/a "Junior"
GORDIE LEE STEVENS
RAYMOND STANLEY HILLIARD
APRIL DAWN HILLIARD
BRIAN KEITH PROFFITT
CHUCK ALLEN HENSLEY
BRANDON KINCER
ROBERT HENRY NELSON, III
CARRIE EVELYN JARRETT

Case No. 1:10CR2

**Violations:**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

**SAMUEL SWAYNE HUTSON** :
**ISAAC ANDREW SMITH** :
**SHAWN MICHAEL BULLEN** :
**JOSHUA ADAM FRAZIER** :
**NIKKI D. WIGGS** :
**LADONNA RENEE CARNETT** :
**WHITNEY LASHEA CUTSHAW** :
:
:

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

1. On or about and between January 1, 2003 and January 13, 2010, in the Western District of Virginia and elsewhere, APRIL SHANNON HUTSON a/k/a APRIL SHANNON CROSS a/k/a APRIL SHANNON PARKS a/k/a APRIL SHANNON ROARK, PHYLLIS ANN AMOS, DANIEL ANTHONY COSBY, ROBY KEVIN ROARK, MATTHEW LEE COX, JOHNATHAN TRENTON LEONARD, NATHAN CHARLIE STILTNER, BRANDI LYNNAY TUELL, JOSHUA LEE SNYPES, ROBERT ALLEN PARKS, KARI NICOLE PARKS, MICHAEL DALE TESTER, MICHAEL ANTHONY TAYLOR, MATTHEW ALLEN BRANCH, LLOYD EARL LEONARD a/k/a "Corky", BOBBY L. WHITE, JEFFREY JAMES HOWELL, RYAN C. HILTON, RANDALL WILLIAM CROSS, RHONDA KAYE HUTSON, JOHN RAYMOND STILTNER, Jr. a/k/a "Junior", GORDIE LEE STEVENS, RAYMOND STANLEY HILLIARD, APRIL DAWN HILLIARD, BRIAN KEITH PROFFITT, CHUCK ALLEN HENSLEY, BRANDON KINCER, ROBERT HENRY NELSON, III, CARRIE EVELYN JARRETT, SAMUEL SWAYNE HUTSON, ISAAC ANDREW SMITH, SHAWN MICHAEL BULLEN, JOSHUA ADAM FRAZIER, NIKKI

D. WIGGS, LADONNA RENEE CARNETT, and WHITNEY LASHEA CUTSHAW knowingly conspired together and with others, known and unknown to the grand jury, to distribute and possess with the intent to distribute five kilograms or more of cocaine, OxyContin (oxycodone) and its equivalents, Schedule II controlled substances, and Lortab (hydrocodone) and its equivalents, a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), 841(b)(1)(C), and 841(b)(1)(D).

**COUNT TWO**

The Grand Jury charges that:

1. On or about October 16, 2007, in the Western District of Virginia and elsewhere, APRIL SHANNON HUTSON a/k/a APRIL SHANNON CROSS a/k/a APRIL SHANNON PARKS a/k/a APRIL SHANNON ROARK, as a principal and aider and abettor, knowingly and intentionally possessed with the intent to distribute and distributed five hundred grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**NOTICE OF FORFEITURE**

1. Upon conviction of one or more of the felony offenses alleged in Counts One and Two of this Indictment, the defendants shall forfeit to the United States:

(a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to Title 21, United States Code, Section 853(a)(1).

(b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to Title 21, United States Code, Section 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

**(a) Money Judgment**

A sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

**(b) United States Currency**

$86,808.85

**(c) Real Property**

1) 212 Neely Drive, Blountville, TN 37617

2) 208 Broyles Lane, Bristol, TN 37620

**(d) Automobiles**

1) 2005 Cadillac CTS-V6
TN Reg.#: 457 GVS

2) 2005 Nissa Xterra
TN Reg.#: 242 TTX

3) 2005 Mitsubishi Galant
TN Reg.#: 23DD714

4) 2003 Honda Pilot
TN Reg.#: 776 QPT

5) 2008 Nissan Maxima
TN Reg.#: 175 QPT

6) 2000 Chevrolet Suburban
TN Reg.#: 401 QPW

7) 2006 Toyota Tundra
TN Reg.#: 7841CF

8) 2004 Ford F-150
TN Reg.#: 8H11264

9) 1998 Corvette
VIN#: 161YY22G8W5108470
Tenn. Temporary Tag

**(e) Boats**

1) Starcraft Boat and Trailer
TN Reg.#: 8958CA

**(f) Motorcycles**

1) Buell Motorcyle
TN Reg.#: 4582ZT

2) Harley Davidson Motorcycle 1200
TN Reg.#: 3544ZF

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 20th day of January, 2010.

Grand Jury Foreperson

TIMOTHY J. HEAPHY
United States Attorney